In the Matter of TOUCANS, LLC, Appellant, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.

Submitted April 23, 2007; decided July 2, 2007

Reported below, 37 AD3d 1052.

Motion by Empire State Restaurant & Tavern Association for

leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.